

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00392-CV

THEODORE FLOYD LEVEE                                                    APPELLANT

V.

CATHEY JUNE LEVEE                                                        APPELLEE

-----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

-----------

## **MEMORANDUM OPINION[1] AND JUDGMENT**

-----------

On January 17, 2014, we struck appellant's November 18, 2013 brief for noncompliance with the rules of appellate procedure, after having given appellant a reasonable opportunity to cure the defects. *See* Tex. R. App. P. 9.1(b), 9.4(h)–(i), 9.5(d), 38.1(a)–(c), (e)–(k), 38.9(a). We warned appellant that we would dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court an amended brief complying with the

---

[1]*See* Tex. R. App. P. 47.4.

cited rules and a reasonable explanation of the failure to file such a brief. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has not filed a compliant brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: February 20, 2014